**UNITED STATES COURT OF APPEALS**
**For the Fifth Circuit**

No. 98-30116

MAINTENANCE SUPPLY COMPANY, INC.,
doing business as Advance Paper Company,

Plaintiff-Appellant,

VERSUS

LENNY RAYMOND,

Defendant-Appellee.

Appeal from the United States District Court
for the Eastern District of Louisiana
(95-CV-3714-T)

November 9, 1998

Before EMILIO M. GARZA, BENAVIDES, and DENNIS, Circuit Judges.

PER CURIAM:[*]

Maintenance Supply Company, Inc., plaintiff-appellant, appeals the decision of the district court granting summary judgment in favor of the defendant, Lenny Raymond. The appellant urges this court to find that Raymond entered into an enforceable, verbal non-competition agreement. We have reviewed the parties' briefs and record excerpts, and find no reversible error. We AFFIRM for essentially the same reasons stated by the district court in its memorandum rulings and orders dated November 4, 1996, and August 4, 1997.

---

[*]Pursuant to 5TH CIR. R. 47.5, the Court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.